CLERK'S Letter from t/Cent Dist. of CA transferring case & transmitting
t/following:

 8/4/99 1      COMPLAINT for Wrongful Death & Survival Action and  Demand
for Jury Trial (Summons(es) issued) (pc)  [Entry date 01/28/00]
[2:99cv13527]

9/1/99 2 RETURN OF SUMMONS executed upon defendant USA on 8/27/99  (pc)
[Entry date 01/28/00] [2:99cv135271

 10/29/99 5 ANSWER filed by defendant USA to complaint [1-1] (pc)     [Entry
date 01/28/00] [2:99cv13527]

11/12/99 6 THIRD-PARTY COMPLAINT: by defendant USA; adding Korean  Air Lines;
(pc) [Entry date 01/28/00] [2:99cv13527]

12/29/99 9 TRANSFER ORDER Purs to Rule 12 of the Rules of Procedure of the
Judicial Panel on MDL 147 FRD 589, 596 that actions listed under 28 USC 1407
are transfered to the Central District of CA consolidating cases 2:98-ml-1237
with member cases 2:99-cv-13527 (jp) [Entry date 01/05/00] [Edit date
01/21/00] [2:99cv13527]

12/29/99  CASE REFERRED to Discovery Rosalyn M. Chapman (jp) [Entry date
01/05/001 [2:99cv13527]

 1/3/00 10 ANSWER filed by defendant Serco Mgt Svcs Inc to complaint
[1-1]; jury demand (pbap) [Entry date 02/01/001    [2: 99cv13527]

 1/21/00  NOTICE PHV Appl mailed to atty Wilfred R Mann (pc) [Entry date
01/21/00] [2:99cv13527]

 2/7/00 11 WAIVER OF SERVICE of SUMMONS by third-party defendant  Korean Air
Lines sent by plf on 1/12/00 and rcvd by Atty Geneva A. Collins Esq on
2/2/00. (pbap)    [Entry date 02/09/00] [2:99cv13527]

 3/8/00 12 SUPPL ORDER OF CONSOLIDATION by Judge Harry L. Hupp (relates to
MDL 1237) **see doc for addtnl info** (pbap) [Entry date 03/13/001
[2:99cv13527]

 3/9/00 13 ANSWER TO THIRD PARTY COMPLAINT [6-11 by third-party  defendant
Korean Air Lines (Relates to MDL 1237) (shb)     [Entry date 03/16/001
[2:99cv135271

 3/9/00 13 COUNTERCLAIM by third-party defendant Korean Air Lines     against
third-party plaintiff USA (Relates to MDL 1237) (shb)     [Entry date
03/16/00] [2:99cv135271

 3/9/00 13 CROSSCLAIM by third-party defendant Korean Air Lines against
defendant Serco Mgt Svcs Inc ; (Relates to MDL 1237) (shb) [Entry date
03/16/00] [2:99cv135271

 3/29/00 14 ANSWER TO CROSSCLAIM [13-1] by cross-defendant Serco Mgt Svcs Inc
(relates to MDL 1237) (pbap) [Entry date 04/04/001 [2: 99cv135271

 3/29/00 14 COUNTERCLAIM by defendant Serco Mgt Svcs Inc against
counter-claimant Korean Air Lines; jury demand (relates to MDL 1237) (pbap)
[Entry date 04/04/00] [2:99cv13527]

 4/6/00 15 (Reply) ANSWER TO COUNTERCLAIM [14-1] by counter-defendant
Korean Air Lines (pbap) [Entry date 04/07/00]    [2: 99cv13 527]

5/16/00 16 ANSWER (REPLY) TO COUNTERCLAIM [13-1] by counter-defendant USA (MDL 1237) (pbap) [Entry date 05/17/00] [2:99cv13527]

8/11/00 17 MOTION by plaintiffs GUAM to transfer ; motion hearing set for 10:00 8/28/00 Lodged ord (re MDL 1237) (pbap) [Entry date 08/15/00] [2:99cv13527]

8/14/00 18 OPPOSITION by defendant USA to motion to transfer [17-1] (pbap) [Entry date 08/15/001 [2:99cv13527]

8/21/00 19 REPLY Memo by plaintiff Guam to dft US in opp to motion to transfer [17-1] (pbap) [Entry date 08/23/00] [2: 99cv135271

3/28/00 20 MINUTES: denying motion to transfer [17-1] by Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap)  [Entry date 09/05/00] [2:99cv13527]

8/28/01 21 MEMO OF CONTENTIONS OF FACT and LAW by defendant USA (Re: MDL 1237) (shb) [Entry date 03/27/01] [2:99cv13527]

3/23/01 22 WITNESS list submitted by defendant USA (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:99cv13527]

3/23/01 23 EXHIBIT list by defendant USA (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:99cv13527]

3/28/01 24 MINUTES: by Judge Harry L. Hupp ; pretrial conference on 1:30 4/18/01 In addition certain individual problems are noted as follows (see mins) CR: Cynthia L. Mizell (yc)[Entry date 04/04/01] [2:99cv13527]

4/5/01 27 MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345; 98-6343; 98-6342; 98-6341; 98-6337;  98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243;  98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30 p.m. If you have any questions concerning this minute order, please contact  the crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR:  not present (pbap) [Entry date 04/19/01] [2:99cv13527]

4/6/01 26 MINUTES: Correction to PTC minute order by Judge Harry L. Hupp CR: not present **see MO for addtnl info** (pbap) [Entry date 04/19/01] [2:99cv13527]

4/11/01 25   JOINT EXHIBIT list (re: Sung Chul Lee & Song Byung  Won) (pbap) [Entry date 04/19/01] [2:99cv13527]

4/11/01  28   NOTICE of presentment of plf's prop jury instructions on economic losses for self employed businessmen/entrepreneurs by plaintiff (pbap) [Entry date 04/19/01] [2:99cv13527]

4/11/01 29 MEMO OF CONTENTIONS OF FACT and LAW by plaintiffs (re:  Sung Chul Lee & Song Byung Won) (pbap) [Entry date 04/19/01] [2: 99cv13527]

4/11/01 30 WITNESS list submitted by plaintiffs (pbap) [Entry date 04/19/01] [2:99cv13527]

4/18/01 31 MINUTES: PTC ORD. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:99cv13527]

4/18/01 33 STIPULATION PTC ORDER by Judge Harry L. Hupp. (re: MDL   1237) **see doc for detailed info** (pbap)    [Entry date 05/03/01] [2:99cv13527]

5/2/01 32 MINUTES: The above cases (listed herein) are transferred to the USDC for the District of Gaum for trial on the issue of damages. After various severances and consolidations, there are five caes for trial, organized by decedent, as follows: (1) . Decedent Kim Bong Sun, CV 98-4500; (2) Decedent Chung Ki Chul, CV 98-5450; (3). Decedent Lee Kyung Han, CV 98-6369; CV 99-13523; (4) . Lee Sung Chul and Song Byung Won (husband and wife), CV 99-13508, CV 99-13527; CV 98-6369, and CV 98-8140; (5). Yun (or Yoon) Sun Kyu, CV 99-7226; CV 98-2243 (f) . With regard to CV 2243 (f) , the claims of plfs Ahn for the death of decedent Yun have previously been severed from the balance of CV 98-2243 and consolidated with CV 99-7226. The claims of plfs Ahn related to the death of Yun Sun Kyu are now designated by number CV 98-2243 (f) . The remainder of CV 98-2243 is not transferred to the District of Guam and remains in the Central District. Case transferred to Dist of: Guam by Judge Harry L. Hupp CR: not present. (ENT 5/3/01) MD JS 6 (re: MDL 1237), Air Crash, Agana, Guam on August 6, 1997 (pbap) [Entry date 05/03/01] [2:99cv13527]

;   [RSN EOD 05/16/2001]