SCHADEN, KATZMAN, LAMPERT & McCLUNE
9596 Jeffco Airport Avenue
Broomfield, Colorado 80021-2731
Telephone: (303) 465-3663

BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone No.: (671) 477-2778

LAW OFFICES OF CESAR C. CABOT
BankPacific Building, 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001

**FILED**
DISTRICT COURT OF GUAM
AUG 19 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
| EDWARD HAN, Esq., as Personal Representative of the Estate of SONG, BYUNG WON, | Civil Case No. 99-00067 |
| Plaintiffs, vs. | THIS DOCUMENT RELATES TO: |
| UNITED STATES OF AMERICA, et al., | Formerly U.S.D.C. C.D. CA. Case No. CV-99-13508-HLH (RCx) |
| Defendants. | |
| EDWARD HAN, ESQ., as Personal Representative of the Estate of LEE, SUNG CHUL, | Civil Case No. 99-00086 |
| | THIS DOCUMENT RELATES TO: |
| Plaintiffs, vs. | Formerly U.S.D.C. C.D. CA. Case No. CV-99-13527-HLH (RCx) |
| UNITED STATES OF AMERICA, et al., | **PLAINTIFFS' DESIGNATION OF APPLICABLE DOCKET ENTRIES** |
| Defendants. | |

E:\Christine\BRM\Edward Han\Designation Docket.doc

COME NOW the Plaintiffs, by and through their co-counsel of record, and designate the following docket entries from the Court's Proceedings:

| DATE | NUMBER | PROCEEDING |
|---|---|---|
| Vol. 1 | | |
| 08-04-99 | 1-1 | Complaint |
| 10-29-99 | 5-1 | Answer filed by Defendant USA |
| Vol. 2 | | |
| 05-15-01 | 9-1 | Clerk's letter from Central District of CA transferring case and transmitting documents which including the following Nos. 10, 17, 19, 20, 24, 25, 28, 30, 32* |
| *01-03-00 | 10 | Answer filed by Defendant Serco Management Services |
| *08-11-00 | 17 | Motion by Plaintiffs to Transfer |
| *08-21-00 | 19 | Reply Memo by Plaintiffs to Motion to Transfer |
| *03-28-00 | 20 | Minutes denying Motion to Transfer by Judge Hupp |
| *03-28-01 | 24 | Minutes by Judge Hupp |
| *04-11-01 | 25 | Joint Exhibit List |
| *04-11-01 | 28 | Notice of Presentment of Plaintiffs' Proposed Jury Instructions on Economic Losses for Self-Employed Businessmen/Entrepreneurs by Plaintiffs |
| *04-11-01 | 30 | Witness List submitted by Plaintiffs |
| *05-02-01 | 32 | Minutes (Cases transferred to the USDC for District of Guam for trial on the issue of damages) |
| 05-18-01 | 10-1 | Motion for Scheduling Conference |
| Vol. 3 | | |
| 08-22-01 | 13-1 | Status Report filed by Plaintiff |

| | | | |
|---|---|---|---|
| 1 | 08-22-01 | 15-1 | Plaintiffs' Status Report |
| 2 | 09-11-01 | 21-1 | Order admitting Richard F. Schaden and Bruce A. Lampert pro hac vice |
| 4 | 04-11-02 | 32-1 | Motion for Stay in Proceedings and for Leave to Substitute Expert Witness regarding Decedent Sung Chul Lee |
| 5-6 | 04-22-02 | 33-1 | Points and Authorities in Opposition to USA's Motion for Stay in Proceedings and for Leave to Substitute Expert Witness |
| 7-8 | 05-02-02 | 34-1 | Reply Brief in Support of USA's Motion for Stay in Proceedings and for Leave to Substitute Expert Witness |
| 9-10 | 05-17-02 | 35-1 | Order granting Motion for Stay in Proceedings and for Leave to Substitute Expert Witness |
| 11 | 10-01-02 | 36-1 | Status Report filed by Defendant USA |
| 12 | 10-16-01 | 37-1 | Order of Consolidation |
| 13 | 09-10-01 | 19-1 | Order admitting Richard F. Schaden and Bruce A. Lampert pro hac vice |
| 15 | 09-26-01 | 21-1 | Motion to Consolidate filed by Plaintiffs |
| 16-17 | 12-20-01 | 30-1 | Defendant USA's Motion for Counts to be Heard by Trial Court Sitting without a Jury and Points of Authority in Support thereof |
| 18 | 01-18-02 | 32-1 | Plaintiffs' Opposition to USA's Motion for Counts to be Heard by Trial Court without Jury |
| 19-20 | | 34-1 | Plaintiffs' Points and Authorities in Opposition to USA's Motion for Counts to be Heard by Trial Court without Jury |
| 21-22 | 04-05-02 | 37-1 | Motion for Stay of Proceedings and for Leave to Substitute Expert Witness regarding Decedent Byung Won Song |
| 23-24 | 04-22-02 | 38-1 | Plaintiffs' Points and Authorities in Opposition to USA's Motion for Stay in Proceedings and for Leave to Substitute Expert Witness |

| Date | Doc # | Description |
|---|---|---|
| 05-02-02 | 39-1 | Reply Brief in Support of USA's Motion for Stay in Proceedings and for Leave to Substitute Expert Witness |
| 05-06-02 | 40-1 | Order granting Motion for Proceedings to be Stayed Until 8/30/02 |
| 10-01-02 | 41-1 | Status Report filed by USA |
| 10-16-02 | 42-1 | Order of Consolidation (CV-099-067 and CV-99-086) |
| 10-21-02 | 43-1 | Plaintiffs' Motion to Set Cases for Trial |
| 10-24-02 | 44-1 | Order scheduling Conference on 11/14/02 to Assign Pretrial and Trial Dates |
| 11-18-02 | 45-1 | Minute Entry of Status Conference dated 11-14-02 setting Trial for 4/3/03, etc. |
| 12-05-02 | 46-1 | Order setting Pretrial Scheduling with final Pretrial Conference to be 3/26/03 |
| 01-02-03 | 47-1 | Petition to Admit David Katzman pro hac vice |
| 01-03-03 | 48-1 | Order admitting David Katzman pro hac vice |
| 01-27-03 | 51-1 | Reporter's Transcript of Status Conference of 11/14/02 |
| 02-04-03 | 55-1 | Minute Entry – Status Conference of 2/4/03 regarding Sample Jury Questionnaire |
| 02-11-03 | 58-1 | USA's Motion for Leave to Complete Deposition of Seung Gyun Oh |

<u>Vol. 4</u>

| Date | Doc # | Description |
|---|---|---|
| 02-26-03 | 61-1 | Plaintiffs' Response to Defendant's Motion for Leave to Complete Deposition of Seung Gyun Oh |
| 03-03-03 | 63-1 | Plaintiffs' Rule 26(a)(3) Disclosures |
| 03-03-03 | 65-1 | Plaintiffs' Trial Brief |
| 03-03-03 | 67-1 | Defendant USA's Trial Brief |
| 03-05-03 | 68-1 | Defendant USA's Reply to Plaintiffs' Response to Leave to Continue Deposition |

| Date | Doc # | Description |
|---|---|---|
| 03-19-03 | 79-1 | Plaintiffs' Exhibit List |
| 03-19-03 | 80-1 | Plaintiffs' Witness List |
| 03-19-03 | 81-1 | Plaintiffs' Proposed Jury Instructions |
| 03-19-03 | 82-1 | Joint Proposed Jury Instructions |
| 03-20-03 | 82-1 | Defendants USA and Serco's Joint Exhibit List |
| 03-21-03 | 92-1 | Order granting in part Motion to Alter Briefing Scheduling on Motions in Limine filed by Plaintiffs |
| 03-24-03 | 93-1 | Plaintiffs' Motion in Limine to Limit or Exclude Certain Testimony of Defendants' Experts Udinsky and Park |
| 03-24-03 | 95-1 | Plaintiffs' Motion in Limine to Limit Testimony of Defendants' Experts to Scope of the Opinions Expressed in their Reports |
| 03-24-03 | 97-1 | Plaintiffs' Motion in Limine to Preclude Testimony at Trial to Salary and Income of Plaintiff HeeTae Kim |
| 03-24-03 | 99-1 | Plaintiffs' Objections to Defendants' Witness and Exhibit List |
| 03-24-03 | 104-1 | Defendants USA and Serco's Motion in Limine to Exclude Evidence of the Defendants' Conduct in Causing or Contributing to the Accident |
| 03-24-03 | 105-1 | Defendants USA and Serco's Motion in Limine to Exclude Testimony of Losses Caused by the Payment of Estate Taxes |
| 03-24-03 | 106-1 | Defendants USA and Serco's Motion in Limine to Exclude References to Economist Employed by Arthur Andersen |

<u>Vol. 6</u>

| Date | Doc # | Description |
|---|---|---|
| 03-24-03 | 108-1 | Defendants' Motion in Limine to Exclude Evidence of the Death of Plaintiffs' Wife and Children |
| 03-24-03 | 109-1 | Defendants' Motion to Exclude Testimony of David Nicholas |

| | | | |
|---|---|---|---|
| | Vol. 7 | | |
| | 03-24-03 | 110-1 | Defendants' Motion in Limine to Exclude Evidence of Lost Profits |
| | 03-26-03 | 111-1 | Pretrial Order (parties agreed to dismissal of survival claim) |
| | 03-28-03 | 112-1 | Minute Entry of Final Pretrial Conference dated 3/26/03 |
| | 03-28-03 | 113-1 | Plaintiffs' Response to Defendants' Motion to Exclude Testimony of David Nicholas |
| | 03-28-03 | 114-1 | Plaintiffs' Brief in Reply to Defendants' Motion in Limine To Exclude Evidence of Defendants' Conduct in Causing or Contributing to Accident |
| | 03-28-03 | 115-1 | Plaintiffs' Brief in Opposition to Defendants' Motion in Limine to Exclude Evidence of Death of Plaintiff's Wife and Children |
| | 03-28-03 | 116-1 | Plaintiffs' Brief in Opposition to Defendants' Motion in Limine to Exclude Testimony of Losses Caused by Payment of Estate Taxes |
| | 03-28-03 | 117-1 | Plaintiffs' Brief in Reply to Defendants' Motion in Limine To Exclude Reference to Economist Employed by Arthur Andersen |
| | Vol. 8 | | |
| | 03-28-03 | 118-1 | Plaintiffs' Brief in Opposition to Defendants' Motion in Limine to Exclude Evidence of Lost Profits |
| | 03-28-03 | 120-1 | Defendants' Opposition to Plaintiffs' Motion to Exclude Certain Testimony of Defendants' Experts Udinsky & Park |
| | 03-28-03 | 121-1 | Defendants' Opposition to Plaintiffs' Motion to Limit Testimony of Experts to Scope of Opinions Expressed in Their Reports |
| | 03-28-03 | 123-1 | Defendants' Response to Plaintiffs' Motion to Preclude Testimony about Safety and Income of Plaintiff Hee Tae Kim |

| | | | |
|---|---|---|---|
| 1 | 03-28-03 | 129-1 | Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Evidence of Deaths of Others |
| 2 | | | |
| 3 | 03-31-03 | 130-1 | Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of David Nicholas |
| 4 | 03-31-03 | 131-1 | Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Evidence of Conduct |
| 5 | | | |
| 6 | 03-31-03 | 132-1 | Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Evidence of Lost Profits |
| 7 | | | |
| 8 | 03-31-03 | 133-1 | Defendants' Reply in Support of their Motion to Exclude Testimony of Losses Caused by Payment of Estate Taxes |

Vol. 9

| | | | |
|---|---|---|---|
| | 04-02-03 | 143-1 | Declaration of David I. Katzman |
| | 04-03-03 | 146-1 | Minute Entry – Thirteen Motions in Limine and Final Pretrial Conference, dated 04/03/03 – Motion in Limine to Limit Testimony of Defendants' Experts to the Scope of the Opinions Expressed in their Reports is DENIED. Motion in Limine to Preclude Testimony at Trial and to Salary and Income of Plaintiff Hee Tae Kim is GRANTED. Motion in Limine to Exclude Evidence of the Defendants' Conduct in Causing or Contributing to the Accident is GRANTED. Motion in Limine to Exclude Testimony of Losses Caused by the Payment of Estate Taxes is GRANTED. Motion in Limine to Exclude Reference to Economist Employed by Arthur Andersen is GRANTED. Motion in Limine to Exclude Evidence of the Death of Plaintiff's Wife and Children is GRANTED. Motion in Limine to Exclude Evidence of Lost Profits is GRANTED. Motion in Limine to Limit or Exclude Certain Testimony of Defendants' Experts Udinsky and Park is DENIED AS MOOT. Motion to Exclude the Testimony of David Nicholas is DENIED AS MOOT. Motion to Strike Certain Prospective Jurors, Angela Pocaigue – is GRANTED; Richard Harsha, Jeanie P. Guerrero, and Joseph Salas is DENIED. Second Motion to Strike Certain Prospective Jurors – Angelica Arnaiz, Wilson Tam, and Charles Chiguina is GRANTED. Motion to Strike Certain Prospective Jurors from Jury Pool 101030401 – Patricia Taijeron, Cecilia Mendiola, and Maria Sanchez is GRANTED, Francisco Santos is |

E:\Christine\BRM\Edward Han\Designation Docket.doc    7

| | | |
|---|---|---|
| | | DENIED. Defendants' Motion to Strike Certain Prospective Jurors from Jury Pool 101030202 – Rose Barcinas and Judith Taijeron is DENIED; Sean Convento, Claire Leon Guerrero, Jose Munoz, Elizabeth Quintanilla, and Lucy San Nicolas is GRANTED. |
| 04-04-03 | 147-1 | ORDER regarding Defendants' Motion in Limine to Exclude Evidence of Lost Profits – Trial Court made its Ruling based upon its finding that Korean law does not permit the plaintiffs to recover for the kind of losses sought. Moreover, the Court found that even if such recovery were permitted, the damages sought would be too speculative. Therefore, the Court granted the defendants' motion. For appeal purposes, in respect to the Court's ruling, the plaintiffs request an opportunity to proffer evidence that the Court ruling would be excluded. Specifically, counsel requests an opportunity to put their Witnesses, Mr. Seung G. Oh, on the stand and have the court reporter record the testimony that would have been elicited had the Court permitted such testimony. The Court finds that rather than utilizing the resources of the court reporter for such a purpose, counsel may supplement the record in written form. Therefore, the hearing scheduled for 04/04/03 at 2:00 p.m. is hereby vacated. Counsel is advised to file any declarations, documents or exhibits he feels are warranted to preserve the record. |
| 04-04-03 | 149-1 | Defendants' Motion in Limine to Preclude Claims for Replacement Value Damages |
| 04-07-03 | 150-1 | Plaintiffs' Brief in Opposition to Defendants' Motion in Limine to Preclude Evidence of Replacement Damages |
| 04-07-03 | 151-1 | Proffer filed by Edward Han as Personal Representative of the Estate of Sung Chul Lee |
| 04-07-03 | 153-1 | Minute Entry of April 7, 2003 Final Pretrial Conference |
| 04-08-03 | 154-1 | Defendants' Memorandum of Points and Authorities regarding Manifest Injustice |
| 04-08-03 | 155-1 | Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion in Limine and in Support of Plaintiffs' Motion for a Continuance |

E:\Christine\BRM\Edward Han\Designation Docket.doc     8

Case 1:99-cv-00086    Document 40    Filed 08/19/2005    Page 8 of 16

| | | | |
|---|---|---|---|
| 1 | 04-08-03 | 157-1 | Order regarding Motion in Limine to Preclude Evidence of Replacement Damages and Motion for Continuance |
| 2 | | | |
| 3 | 04-09-03 | 158-1 | Minute Entry regarding Continued Final Pretrial Conference and parties discussion of the Court's recent ruling and a possible continuance of trial |
| 4 | | | |
| 5 | 04-10-03 | 159-1 | Order regarding Motion in Limine to Exclude Testimony of Losses Caused by the Payment of Estate Taxes |
| 6 | | | |
| 7 | 04-11-03 | 160-1 | Stipulation of facts to be read to the jury at the commencement of trial |
| 8 | 04-18-03 | 161-1 | Plaintiffs' Amended Witness List |
| 9 | 04-30-03 | 163-1 | Reporter's Transcript of Hearing on Motions in Limine dated April 3, 2003 |
| 10 | | | |
| 11 | 04-30-03 | 164-1 | Reporter's Transcript of Final Pretrial Conference dated April 9, 2003 |
| 12 | | | |
| 13 | 05-15-03 | 165-1 | Defendants' Motion to Establish Briefing Scheduling for Motion in Limine and Request for Hearing |
| | <u>Vol. 10</u> | | |
| 14 | | | |
| 15 | 05-20-03 | 167-1 | Defendants' Motion to Exclude Testimony on Replacement Value Damages |
| 16 | <u>Vol. 11</u> | | |
| 17 | 05-22-03 | 168-1 | Plaintiffs' Preliminary Response to Defendants' Motion To Establish Briefing Scheduling for Motion in Limine and Request for Hearing |
| 18 | | | |
| 19 | 05-23-03 | 170-1 | Plaintiffs' Response to Defendants' Motion to Establish Briefing Schedule and Motion in Limine and Request for Hearing |
| 20 | | | |
| 21 | | | |
| 22 | 05-28-03 | 172-1 | Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Set Briefing Schedule |
| 23 | 05-30-03 | 177-1 | Amended Trial Order – All Motions shall be filed no later Than 6/6/03 and heard on 7/1/03 at 8:30 a.m.; preliminary Pretrial conference – 7/1/03 at 8:00 a.m.; proposed Pretrial Order due no later than 7/8/03; exhibit list, discovery material, designations and witness list due no later than |
| 24 | | | |
| 25 | | | |
| 26 | | | |

E:\Christine\BRM\Edward Han\Designation Docket.doc                9

Case 1:99-cv-00086    Document 40    Filed 08/19/2005    Page 9 of 16

| | | | |
|---|---|---|---|
| | | | 7/9/03. Proposed jury instructions and verdict forms due no later than 7/11/03. Three complete sets of marked and tabbed exhibit binders shall be lodged no later than 7/11/03. Documents to be used in rebuttal or for impeachment purposes shall be submitted by 7/14/03 and marked for in-camera only. If deposition transcript will be used for trial, the original of said transcript shall be lodged with the Court no later than 7/14/03. Final Pretrial Conference – 7/15/03 at 2:00 p.m. Jury selection and trial – 7/22/03 at 9:00 a.m. |
| | 06-03-03 | 178-1 | Order granting Defendants' Motion to File Facsimile Signatures filed 5/28/03 |
| | 06-06-03 | 179-1 | Defendants' Motion to Amend their Motion to Exclude Testimony on Replacement Value Damages |
| | 06-06-03 | 180-1 | Defendants' Amended Motion to Exclude Testimony on Replacement Value Damages – 7/1/03 at 8:30 a.m. |
| | 06-17-03 | 185-1 | Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Testimony on Replacement Value Damages |
| | 06-23-03 | 188-1 | Defendants' Reply to Plaintiffs' Opposition to Defendants' Amended Motion to Exclude Testimony on Replacement Value Damages |
| | 07-02-03 | 192-1 | Third Amended Trial Order – all hearings on all motions and Motions in Limine shall be held on 7/16/03 at 9:00 a.m.; Preliminary Pretrial Conference on 7/16/03 at 9:00 a.m. |
| | 07-17-03 | 194-1 | Minute Entry of 7/16/03 re Amended Motion to Exclude Testimony on Replacement Value Damages and Preliminary Pretrial Conference (taken under advisement) |
| | 07/2803 | 195-1 | Statement re Witness List, Exhibit List and Jury Instructions |
| | 07-28-03 | 196-1 | Joint Proposed Jury Instructions (filed by Plaintiffs) |
| | 07-28-03 | 197-1 | Joint Exhibit List (filed by Plaintiffs) |
| | 07-28-03 | 198-1 | Proposed Verdict Form (filed by Defendants) |

| | | | |
|---|---|---|---|
| 1 | 07-28-03 | 199-1 | Discovery Material Designations (filed by Defendants) |
| 2 | 07-28-03 | 200-1 | Proposed Jury Instructions (filed by Defendants) |
| 3 | 07-28-03 | 201-1 | Amended Witness List (filed by Defendants) |
| 4 | 07-28-03 | 202-1 | Amended Exhibit List (filed by Defendants) |
| 5-6 | 07-29-03 | 203-1 | Defendants Motion to Exclude Testimony of Replacement Value Damages and Order (granted) |
| 7 | Vol. 12 | | |
| 8-9 | 08-06-03 | 204-1 | Order vacating trial previously scheduled for 8/7/03 and all corresponding deadlines |
| 10 | 08-12-03 | 205-1 | Stipulation to Trial Date |
| 11 | 08-22-03 | 206-1 | Plaintiffs' Motion for Leave to Endorse an Expert Witness |
| 12 | 08-22-03 | 207-1 | Plaintiffs' Motion for Leave to Endorse an Expert Witness |
| 13-14 | 09-12-03 | 212-1 | Defendants' Opposition to Plaintiffs' Motion for Leave to Endorse Expert |
| 15 | 09-19-03 | 213-1 | Plaintiffs' Reply Memo in Support of Motion for Leave to Endorse Testimony |
| 16-17 | 10-03-03 | 217-1 | Minute Entry – Court denying Plaintiffs' Motion for Leave to Endorse Expert Witness dated 10/3/03 |
| 18 | | | |
| 19-20 | 01-30-04 | 219-1 | Fourth Amended Trial Order setting Preliminary Pretrial Conference for 2/5/04 at 9:30 a.m. |
| 21 | 02-03-04 | 220-1 | Defendants' Motion to Continue Trial Date |
| 22-23 | 02-05-04 | 221-1 | Order regarding Defendants' Amended Motion to Exclude Testimony on Replacement Value Damages (granted in part and denied in part) |
| 24 | 02-09-04 | 223-1 | Statement regarding Witness List, Exhibit List and Jury Instructions |
| 25 | | | |
| 26 | | | |

| Date | Doc | Description |
|---|---|---|
| 02-11-04 | 224-1 | Defendant USAs' Statement regarding Witness List, Exhibit List and Jury Instructions |
| 02-11-04 | 225-1 | Plaintiffs' Objections to Defendants' Witness and Exhibit Lists |
| 02-11-04 | 226-1 | Defendant USA's Objections to Plaintiffs' Exhibit List |
| 02-11-04 | 227-1 | Defendant USA's Objections to Plaintiff's Witness List |
| 02-11-04 | 228-1 | Declaration of Plaintiffs' Co-Counsel Daniel J. Berman |
| 02-12-04 | 229-1 | Minute Entry – Status Conference dated February 12, 2004 |
| 03-24-04 | 230-1 | Order setting trial for April 5, 2004 vacated; Jury Trial set for April 8, 2004 at 9:30 a.m. with Pretrial Conference April 6, 2004 at 9:30 a.m. |
| 03-26-04 | 231-1 | Plaintiffs' Motion for Recusal and Disqualification of Judge Unpingco |
| 03-30-04 | 233-1 | Defendants' Reply to Plaintiffs' Motion for Recusal and Disqualification |
| 04-07-04 | 234-1 | Order – On 10/3/04, the cases came before the Court for hearing Plaintiffs' Motion for Leave to Endorse an Expert Witness. At the conclusion of the hearing, the Court denied the Plaintiffs' motion and stated it would issue a more detailed running on the matter. The Court issued a written Order setting forth the bases for its oral ruling, adopting the arguments set forth in Defendants' Opposition and denying the motion. |
| 04-07-04 | 235-1 | Order – On 3/26/04, Plaintiffs filed a Motion for Recusal and Disqualification of Judge Unpingco, who granted the motion and recused himself, vacating the 4/6/04 Pretrial Conf and the 4/8/04 trial date. |
| 08-20-04 | 237-1 | Order scheduling a status hearing before Judge Lew on 9/2/04 at 9:30 a.m. |
| 09-03-04 | 240-1 | Minute Order – Jury Trial set for 4/12/05 at 9:30 a.m. |
| 10-15-04 | 241-1 | Minute Order rescheduling trial to 4/19/05 at 9:30 a.m. before Judge Lew |

| | | | |
|---|---|---|---|
| 1 | 12-21-04 | 242-1 | Witness List filed by Defendants |
| 2 | 12-21-04 | 243-1 | Proposed Jury Instructions and Verdict Form filed by Defendants |
| 3 | | | |
| 4 | 12-22-04 | 244-1 | Exhibit List filed by Defendants |
| 5 | 12-22-04 | 245-1 | Joint Proposed Jury Instructions filed by Defendants |
| 6 | 12-23-04 | 246-1 | Discovery Designations filed by Defendants |
| 7 | 12-23-04 | 247-1 | Pretrial Brief filed by Defendants |
| 8 | 12-23-04 | 248-1 | Exhibit List filed by Plaintiffs |
| 9 | 12-23-04 | 249-1 | Witness List filed by Plaintiffs |
| 10 | 12-23-04 | 250-1 | Trial Brief filed by Plaintiffs |
| 11 | 12-23-04 | 251-1 | Plaintiffs' Motion for Relief from Orders, Vacate Orders or Reconsideration re: certain Orders entered in 2003 & 2004 |
| 12 | | | |
| 13 | 12-23-04 | 252-1 | Proposed Jury Instructions and Verdict form filed by Plaintiffs |
| 14 | | | |
| 15 | 01-19-05 | 256-1 | Minute Entry resetting hearing on Plaintiffs' Motion for Relief from Orders to 2/27/05 at 9:00 a.m. |
| 16 | 01-24-05 | 257-05 | Defendants' Opposition to Plaintiffs' Motion for Relief from Orders |
| 17 | | | |
| 18 | 01-31-05 | 258-1 | Plaintiffs' Brief in Reply to Defendants' Opposition to Plaintiffs' Motion for Relief from Orders |
| 19 | | | |
| 20 | 02-14-05 | 260-1 | Minute Entry denying Plaintiffs' Motion for Relief from Orders |
| 21 | | | |
| 22 | 02-28-05 | 262-1 | Minute Entry of Chamber Status Conference |
| 23 | 03-11-05 | 263-1 | Order denying Plaintiffs' Motion for Relief from Orders |
| 24 | 03-23-05 | 265-1 | Plaintiffs' Statement regarding Witness List & Exhibit List |
| 25 | 03-29-05 | 268-1 | Plaintiffs' Objections to Defendants' Witness & Exhibit List |
| 26 | | | |

| | | | |
|---|---|---|---|
| 1 | 03-29-05 | 270-1 | Supplemental Exhibits filed by Plaintiffs |
| 2 | 03-29-05 | 274-1 | Joint Exhibit List filed by Defendants |
| 3 | 03-29-05 | 276-1 | Plaintiffs' Motion in Limine |
| 4 | 04-04-05 | 279-1 | Defendants' Opposition to Plaintiffs' Motion in Limine |
| 5-6 | 04-15-05 | 282-1 | Court Reporter Transcript regarding Motion to Exclude Replacement Value Damages Testimony and Preliminary Pretrial Conference dated 7/16/03 |
| 7-8 | 04-18-05 | 284-1 | Order denying Plaintiffs' Motion in Limine to Exclude Testimony of Jerald Udinsky and Yoon Shik Park |
| 9-10 | 04-18-05 | 285-1 | Minute Entry – Status Conference dated 4/18/05 where Court denied Plaintiffs' Motion in Limine to Exclude Expert Witness and stated reasons |

Vol. 14

| | | | |
|---|---|---|---|
| 12-13 | 04-19-05 | 286-1 | Minute Entry – Jury Trial, Day 1, dated 4/19/05 – Jury empanelled and sworn |
| 14-15 | 04-19-05 | 287-1 | Court Reporter's Transcripts – Trial Testimony of Seung Gyoon Oh |
| 16 | 04-20-05 | 288-1 | Notice of Lodgment on Transcript of Depositions of Mr. Oh and Dr. Kim filed by Defendants |
| 17-18 | 04-20-05 | 289-1 | Defendants' Motion for a Directed Verdict Dismissing Claims for Economic Damages |
| 19 | 04-20-05 | 290-1 | Minute Entry – Jury Trial, Day 2, dated 4/20/05 |
| 20 | 04-20-05 | 291-1 | Jurors Note |
| 21-22 | 04-20-05 | 292-1 | Court Reporter's Transcript – Trial testimony of Seung Gyoon Oh and Dr. Hee Tae Kim |
| 23 | 04-21-05 | 293-1 | Additional Proposed Jury Instructions filed by Defendants |
| 24 | 04-21-05 | 294-1 | Minute Entry – Jury Trial, Day 3, dated 4/21/05 |
| 25 | 04-22-05 | 295-1 | Defendants' Motion for Submission of Amended Verdict Form |

| Date | Doc # | Description |
|---|---|---|
| 04-21-05 | 296-1 | Jury Instructions as given by the Court |
| 04-22-05 | 297-1 | Jurors Note |
| 04-22-05 | 298-1 | Question by the Court – Response from the Jurors |
| 04-22-05 | 299-1 | Verdict |
| 04-22-05 | 300-1 | Minute Entry – Jury Trial, Day 4 |
| 04-25-05 | 301-1 | Minute Entry – Bench Trial dated 4/25/05 |
| 04-25-05 | 302-1 | Court's Ruling Against Defendant USA |
| 04-25-05 | 303-1 | Judgment – Court awards Plaintiff Dr. Hee Tae Kim Judgment in the amount of $1.9 million US$. Costs are Awarded to the prevailing party and are to be assessed By the Clerk's office. |
| 04-26-05 | 304-1 | Amended Minute Entry – Jurors Trial, Day 1, dated 4/19/05 |
| 05-03-05 | 305-1 | Second Amended Minute Entry – Jury Trial, Day 1, dated 4/19/05 |
| 05-04-05 | 306-1 | Bill of Costs in the amount of $657.50 |
| 05-04-05 | 307-1 | Plaintiffs' Motion to Amend Judgment |
| 05-05-05 | 309-1 | Notice pursuant to LR 54-1(a), the Clerk of the Court will conduct a hearing on Plaintiffs' application for taxation of costs on 5/17/05 at 9:00 a.m. |
| 05-11-05 | 310-1 | Pretrial Order—Trial as to compensatory damages only; Liability not to be considered. |
| 05-16-05 | 311-1 | Defendants' Reply to Plaintiffs' Proposed Bill of Costs |
| 05-17-05 | 312-1 | Taxation of Costs – Costs hereby entered in the amount of $657.50 and included in the Judgment |
| 05-17-05 | 313-1 | Amended Judgment entered in accordance with Judgment Filed 4/25/05 |

| | | |
|---|---|---|
| 05-18-05 | 314-1 | Defendants' Opposition to Plaintiffs' Motion to Amend Judgment |
| 05-25-05 | 315-1 | Plaintiffs' Reply in Support of Motion to Amend Judgment |
| 06-21-05 | 317-1 | Order granting Plaintiffs' Motion to Amend Judgment – Awards prejudgment interest in the amount of US$601,650 |
| 06-22-05 | 318-1 | Second Amended Judgment entered in accordance with the Judgment filed 4/25/05, the Amended Judgment filed 5/17/05, and the Order Granting Plaintiffs' Motion to Amend Judgment filed 6/21/05 |
| 07/20/05 | 319-1 | Plaintiffs' Notice of Appeal to the U.S. Court of Appeals for the Ninth Circuit |

Respectfully submitted this 19th day of August, 2005.

SCHADEN, KATZMAN, LAMPERT & McCLUNE
BERMAN O'CONNOR MANN & SHKLOV
LAW OFFICES OF CESAR C. CABOT

By: _____
BILL R. MANN