| | |
|---|---|
| 1 | SCHADEN, KATZMAN, LAMPERT & McCLUNE |
| | 9596 Jeffco Airport Avenue |
| 2 | Broomfield, Colorado 80021-2731 |
| | Telephone: (303) 465-3663 |
| 3 | |
| | |
| 4 | BERMAN O'CONNOR MANN & SHKLOV |
| | Suite 503, Bank of Guam Bldg. |
| 5 | 111 Chalan Santo Papa |
| | Hagåtña, Guam 96910 |
| 6 | Telephone No.: (671) 477-2778 |
| | |
| 7 | LAW OFFICES OF CESAR C. CABOT |
| | BankPacific Building, 2nd Floor |
| 8 | 825 South Marine Corps Drive |
| | Tamuning, Guam 96913 |
| 9 | Telephone: (671) 646-2001 |

**FILED**
DISTRICT COURT OF GUAM
AUG 19 2005
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIRCRASH AT AGANA, GUAM ) | M.D.L. No. 1237 HLH |
| ON AUGUST 6, 1997 ) | |
| _____) | |
| EDWARD HAN, Esq., as Personal ) | Civil Case No. 99-00067 |
| Representative of the Estate of ) | |
| SONG, BYUNG WON, ) | |
| ) | |
| Plaintiffs, ) | THIS DOCUMENT RELATES TO: |
| vs. ) | |
| ) | Formerly U.S.D.C. C.D. CA. |
| UNITED STATES OF AMERICA, et al., ) | Case No. CV-99-13508-HLH (RCx) |
| ) | |
| Defendants. ) | |
| _____) | |
| EDWARD HAN, ESQ., as Personal ) | Civil Case No. 99-00086 |
| Representative of the Estate of ) | |
| LEE, SUNG CHUL, ) | THIS DOCUMENT RELATES TO: |
| ) | |
| Plaintiffs, ) | Formerly U.S.D.C. C.D. CA. |
| vs. ) | Case No. CV-99-13527-HLH (RCx) |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendants. ) | |
| _____) | |

E:\Christine\BRM\Edward Han\Certificate of Service.doc

1    This is to certify that on August 19, 2005, a true and correct copy of the Plaintiffs'
2  Designation of Applicable Docket Entries was placed in the United States Mail, first class
3  postage prepaid, to the following:

   Debra D. Fowler, Esq.
   Barry Benson, Esq.
   Kathryn Smith, Esq.
   U.S. Department of Justice
   Torts Branch, Civil Division
   Post Office Box 14271
   Washington, D.C. 20044-4271

And via hand-delivery to:

   Mikel Schwab, Esq.
   Assistant U.S. Attorney
   Suite 501, Sirena Plaza
   108 Hernan Cortez Avenue
   Hagatna, Guam 96910

DATED this 19th day of August, 2005.

_____
BILL R. MANN

E:\Christine\BRM\Edward Han\Certificate of Service.doc    2

Case 1:99-cv-00086   Document 41   Filed 08/19/2005   Page 2 of 2