SCHADEN, KATZMAN, LAMPERT & MCCLUNE
9596 Jeffco Airport Avenue
Broomfield, Colorado 80021-2555
Telephone: (303) 465-3663

BILL R. MANN
BERMAN O' CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

FILED
DISTRICT COURT OF GUAM

FEB - 9 2006ηρ

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA ,GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
| EDWARD HAN, ESQ., as personal representative of the Estate of SONG, BYUNG WON, et al. | CIVIL CASE NO.: CV 99-00067 |
| vs. | THIS DOCUMENT RELATES TO: |
| UNITED STATES OF AMERICA, et al., | Formerly U.S.D.C. C.D. CA Case No. CV-99-13508-HLH (RCx) |
| Defendants. | |
| EDWARD HAN, ESQ., as personal representative of the Estate of LEE, SUNG CHUL, et al. | CIVIL CASE NO.: CV 99-00086 |
| Plaintiffs, | THIS DOCUMENT RELATES TO: |
| vs. | Formerly U.S. D.C. C.D. CA Case No. CV-99-13527-HLH (RCx) |
| UNITED STATES OF AMERICA, et al., | **SATISFACTION OF JUDGMENT** |
| Defendants. | |

NOW COME the Plaintiffs, by and through undersigned counsel, and hereby acknowledge that

E:\Jean\Plds\3285.wpd

# ORIGINAL

the judgment entered by this Court on June 22, 2005, has been satisfied.

Dated this _9th_ day of February, 2006.

SCHADEN, KATZMAN, LAMPERT & MCCLUNE
BERMAN O'CONNOR MANN & SHKLOV

By: _____
BILL R. MANN

E:\Jean\Plds\3285.wpd