SCHADEN, KATZMAN, LAMPERT & MCCLUNE
9596 Jeffco Airport Avenue
Broomfield, Colorado 80021-2555
Telephone: (303) 465-3663

BILL R. MANN
BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
| EDWARD HAN, ESQ., as personal representative of the Estate of SONG, BYUNG WON, et al. | CIVIL CASE NO.: CV 99-00067 |
| vs. | THIS DOCUMENT RELATES TO: |
| UNITED STATES OF AMERICA, et al., | Formerly U.S.D.C. C.D. CA Case No. CV-99-13508-HLH (RCx) |
| Defendants. | |
| EDWARD HAN, ESQ., as personal representative of the Estate of LEE, SUNG CHUL, et al. | CIVIL CASE NO.: CV 99-00086 |
| Plaintiffs, | THIS DOCUMENT RELATES TO: |
| vs. | Formerly U.S. D.C. C.D. CA Case No. CV-99-13527-HLH (RCx) |
| UNITED STATES OF AMERICA, et al., | CERTIFICATE OF SERVICE |
| Defendants. | |

I hereby certify that copies of the Satisfaction of Judgment was served on the 9th day of

E:\Jean\Plds\3287.wpd

**ORIGINAL**

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM | CIVIL CASE NO.: CV 99-00067 |
| CERTIFICATE OF SERVICE | PAGE 2 |

February, 2006 on the following:

**VIA HAND DELIVERY**

Mikel W. Schwab, Esq.
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

**VIA U.S. MAIL FIRST CLASS AND FAX**

Debra Fowler, Esq.
Department of Justice, Torts Branch
P.O. Box 14271
Washington, D.C. 20044-4271
Fax No.: (202) 616-4002

Dated this 9th day of February, 2006.

SCHADEN KATZMAN LAMPERT & McCLUNE
BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Plaintiffs *Edward C. Han, et al.*

By: /s/ Bill R. Mann
BILL R. MANN

E:\Jean\Plds\3287.wpd