UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 15 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

EDWARD C. HAN, Personal Representative of the Estate of SUNG CHUL LEE, deceased; HEE TAE KIM, beneficiary & heir of SUNG CHUL LEE,

Plaintiffs - Appellants,

KOREAN AIR LINES CO., LTD.,

Counter-claimant - Appellee,

v.

UNITED STATES OF AMERICA; et al.,

Defendants - Appellees.

No. 05-16443

D.C. No. CV-99-00086-RSWL
District of Guam,
Agana

ORDER

FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 15 2006
by: Deputy Clerk